UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| **Tech Wrap, LLC**, a Georgia Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> **Franklin Southern Manufacturing, LLC**, a Florida Limited Liability Company, <br><br> Defendant. | **COMPLAINT** <br> **(NON-JURY)** |

Plaintiff, Tech Wrap, LLC, sues Defendant, Franklin Southern Manufacturing, LLC, and alleges as follows:

1. Plaintiff, Tech Wrap, LLC ("Tech Wrap"), is a limited liability company organized and existing under the laws of the State of Georgia. Tech Wrap's principal place of business is located in the State of Georgia, is a citizen of the State of Georgia, and its sole member resides in and is a citizen of the State of Georgia.

2. Defendant, Franklin Southern Manufacturing, LLC ("Franklin Southern"), is a limited liability company organized and existing under the laws of the State of Florida. Upon information and belief, all members of Franklin Southern are citizens of the State of Florida.

3. This Honorable Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1332, as there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.

4. Venue is proper in the Middle District of Florida and Franklin Southern is subject to the personal jurisdiction of this Court because its principal place of business is in this District, it maintains facilities and business operations in this District, and the goods which are the subject of this action were delivered and accepted by Franklin Southern at its business facility in Jacksonville, Florida.

5. All conditions precedent to filing this action have been performed or have occurred.

## COUNT ONE
### (Breach of Contract)

6. Tech Wrap realleges and incorporates by reference the allegations in paragraphs 1 through 5 above as if fully set forth herein.

7. On July 15, 2021, Franklin Southern ordered, and Tech Wrap delivered, 5,184 rolls of Tech Wrap 150 Composite to Franklin Southern at its business facility in Jacksonville, Florida. The total purchase price was $181,180.80, as documented on Purchase Order No. 8008FS and Invoice No. 17202, copies of which are attached hereto as Exhibit 1.

8. On July 22, 2021, Franklin Southern ordered, and Tech Wrap delivered, an additional 5,184 rolls of Tech Wrap 150 Composite to Franklin Southern at its

business facility in Jacksonville, Florida.  The total purchase price was $181,180.80, as represented on Purchase Order No. 8009FS and Invoice No. 17201, copies of which are attached hereto as <u>Exhibit 2.</u>

9. In December 2021, Franklin Southern ordered, and Tech Wrap delivered, an additional 2,304 rolls of Tech Wrap 150 Composite to Franklin Southern at its business facility in Jacksonville, Florida.  The total purchase price was $82,069.80, as represented on Invoice No. 17365, a copy of which is attached hereto as <u>Exhibit 3.</u>

10. The three aforesaid orders and deliveries constitute three purchase contracts for goods entered between Tech Wrap and Franklin Southern.

11. The total purchase price for all goods purchased and accepted by Franklin Southern described in Exhibits 1 through 3 was $444,431.40.

12. To date, Franklin Southern has paid Tech Wrap $236,180.80.

13. Franklin Southern breached the contracts by accepting the goods and failing to pay $208,250.60 of the $444,431.40 owed to Tech Wrap.

14. Franklin Southern did not object to the quantity or quality of any of the Product delivered by Tech Wrap.

15. Franklin Southern did not dispute the purchase price of any of the Product delivered by Tech Wrap.

16. As a direct and proximate result of the breach of the three contracts, Tech Wrap has been damaged in the sum of $208,250.60, plus pre-judgment interest, post-judgment interest, and litigation costs and expenses.

WHEREFORE, Plaintiff Tech Wrap LLC demands judgment against Defendant Franklin Southern Manufacturing, LLC for damages in the amount of $208,250.60, plus pre-judgment interest, post-judgment interest, and litigation costs and expenses.

## COUNT TWO
## (Accounts Stated)

17. Tech Wrap realleges and incorporates by reference the allegations in paragraphs 1 through 5 above as if fully set forth herein.

18. Before the commencement of this action, Tech Wrap and Franklin Southern had business transactions between them and on August 17, 2021, agreed to the resulting balance.

19. Before the commencement of this action, Tech Wrap and Franklin Southern had business transactions between them and on September 8, 2021, agreed to the resulting balance.

20. Before the commencement of this action, Tech Wrap and Franklin Southern had business transactions between them and on December 28, 2021, agreed to the resulting balance.

21. Before the commencement of this action, Tech Wrap rendered statements to Franklin Southern, attached hereto as <u>Exhibit 1</u>, <u>Exhibit 2</u>, and <u>Exhibit 3</u>. The total amount owed to Tech Wrap by Franklin Southern pursuant to those statements is $444,431.40. Franklin Southern did not object to any aspect of Exhibit 1, Exhibit 2, or Exhibit 3.

22. To date, Franklin Southern has paid Tech Wrap $236,180.80 of the $444,431.40 owed.

23. Franklin Southern owes Tech Wrap $208,250.60 that is due with pre-judgment interest since December 28, 2021, on the account.

WHEREFORE, Plaintiff Tech Wrap LLC demands judgment against Defendant Franklin Southern Manufacturing, LLC for damages in the amount of $208,250.60, plus pre-judgment interest, post-judgment interest, and litigation costs and expenses.

**COUNT THREE**
**(Quantum Meruit)**

24. Tech Wrap realleges and incorporates by reference the allegations in paragraphs 1 through 5 above as if fully set forth herein.

25. Franklin Southern has received and accepted, without objection, $444,431.40 worth of Tech Wrap 150 Composite.

26. Franklin Southern received and did not dispute Invoice Nos. 17365, 17201, and 17202, attached hereto as <u>Exhibit 1</u>, <u>Exhibit 2</u> and <u>Exhibit 3</u>.

27. Despite receiving $444,431.40, worth of Tech Wrap 150 Composite from Tech Wrap, and agreeing to pay Tech Wrap $444,431.40, for the Tech Wrap 150 Composite, Franklin Southern has only paid Tech Wrap $236,180.80 of the $444,431.40 due.

28. A benefit has been conferred by Tech Wrap upon Franklin Southern, which has been realized. Franklin Southern's retention of the unpaid balance of $208,250.60, is unjust.

29. It would be inequitable for Franklin Southern to continue to retain the full benefits received from Tech Wrap without paying the balance due for the goods.

30. As a result, Tech Wrap is entitled to an award of $208,250.60, plus pre-judgment interest since December 28, 2021.

WHEREFORE, Plaintiff Tech Wrap LLC demands judgment against Defendant Franklin Southern Manufacturing, LLC for damages in the amount of $208,250.60, plus pre-judgment interest, post-judgment interest, and litigation costs and expenses.

Dated: <u>August 4, 2022</u>

**MOSELEY, PRICHARD, PARRISH, KNIGHT & JONES**

*/s/ David C. Reeves*
David C. Reeves
Fla. Bar No. 0072303
501 West Bay Street
Jacksonville, Florida 32202
(904) 356-1306
dcreeves@mppkj.com